Case 1:22-mj-00077-GMH   Document 1   Filed 04...

Case: 1:22-mj-00077
Assigned To : Harvey, G. Michael
Assign. Date : 4/7/2022
Description: Rule 20 Transfer In

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR |
|---|---|
| Plaintiff, | CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 20 |
| v. | |
| RICHARD GUSTAVE OLSON, | |
| Defendant. | |

I, Richard Gustave Olson, have consented to the filing of an information in the above-designated case. I wish to plead guilty to the offenses charged, to waive trial in the Central District of California, and to dispose of the case in the District of Columbia in which I am present.

Dated: 6 APR 2022

_____
Richard Gustave Olson

Witness: _____
J. Michael Hannon, Esq.

**Approved**

_____
Tracy L. Wilkison
Interim United States Attorney
for the Central District of
California

_____
Matthew M. Graves
United States Attorney for the
District of Columbia